▆▆▆▆ JONATHAN EASTMAN *versus* ABRAHAM EDWARDS AND DAVID STONE. ▆▆▆▆
▆▆▆▆

JOURNAL ENTRIES (1825–34): *Journal 4:* (1) Motion to take bill as confessed and to refer to master *p. 64; (2) motion to take bill as confessed granted *p. 64; (3) rule for judgment pro confesso rescinded; time given to plead, answer, or demur *p. 68; (4) rule to plead, answer, or demur; continued *p. 74; (5) motion to take bill as confessed *p. 104; (6) leave given to amend bill, rule for notice of suit *p. 111; (7) continued *p. 182; (8) death suggested, continued *p. 215; (9) continued *p. 285; (10) representatives ruled to appear *p. 439; (11) continued *p. 484; (12) continued *p. 518. *Journal 5:* (13) continued *p. 31.
PAPERS IN FILE: (1) Bill of complaint, precipe for subpoena; (2) motion to take bill as confessed and to refer to master; (3) motion to take off judgment pro confesso and for time to plead, answer, or demur; (4) motion to take bill as confessed; (5) motion for leave to amend bill; (6) copy of rule for notice of suit; (7) draft of rule for appearance of representatives or dismissal.
*Chancery Case 60 of 1825.*

▆▆▆▆ ABRAHAM C. CANNIFF, ORVILLE COOK, AND LEVI COOK *versus* LOUIS MORAN, JR., JOHN MULLETT, AND JOHN HUNT. ▆▆
▆▆▆▆

JOURNAL ENTRIES (1825–28): *Journal 4:* (1) Motion to take bill as confessed and to refer to master *p. 64; (2) sheriff allowed to amend return; time given to plead, answer, or demur *p. 67; (3) continued *p. 75; (4) motion to set demurrer for argument *p. 90; (5) motion to set demurrer for argument *p. 102; (6) agreement

to withdraw demurrer and to answer *p. 113; (7) bill taken as confessed, continued *p. 114; (8) death suggested *p. 133; (9) executor made a party *p. 155; (10) guardian made a party, reference *p. 161; (11) decree *p. 166; (12) motion to amend decree granted *p. 207.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) motion for pro confesso and for reference to master; (4) motion to set demurrer for argument; (5–6) motions for pro confesso; (7) agreement to withdraw demurrer and to answer; (8) notice to executor to become a party; (9) master's report; (10) draft of decree; (11) motion to amend decree; (12) amended decree signed by two of the judges; (13) master's report of sale; (14) bill of costs; (15–20) deeds of mortgage.
*Chancery Case 63 of 1825.*

▆▆▆▆

▆▆▆▆ ROBERT STEAD, ADMIN-ISTRATOR, ETC., OF BENJAMIN STEAD, DECEASED, *versus* WILLIAM W. PETIT.

▆▆▆▆

JOURNAL ENTRIES (1825): *Journal 4:* (1) Motion to quash writ of ne exeat overruled *p. 72.
PAPERS IN FILE: (1) Bill of complaint and affidavit for ne exeat, allocatur; (2) writ of ne exeat and return; (3) precipe for writ of subpoena, appearance; (4) motion to quash writ of ne exeat.
*Chancery Case 36 of 1823.*

▆▆▆▆

▆▆▆▆ DeGARMO JONES *versus* HENRY BERTHELET, ALEXANDER McKEE, ADELAIDE BRUSH, EXECUTRIX, ETC., OF ELIJAH BRUSH, DECEASED, EDMUND A. BRUSH, SEMANTHA A. BRUSH, CHARLES R. BRUSH, AND ALFRED BRUSH.
▆▆▆▆

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Continued *p. 73; (2) dismissed *p. 105.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena ad respondendum; (3) subpoena and return; (4) stipulation for time to plead, answer, or demur; (5) taxed bill of costs.
*Chancery Case 45 of 1824.*